affirmed, with $20 costs and disbursements, with leave to the defendants to answer within twenty days after service of order on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of WILLIAM M. KENT, Appellant, against LEWIS J. VALENTINE et al., Constituting the Board of Trustees of the Pension Fund of the Police Department of the City of New York, Respondents.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [184 Misc. 94.]

In the Matter of JOHN J. McANDREW, Appellant, against LEWIS J. VALEN-TINE, as Commissioner of the Police Department of the City of New York, Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of HAZEL KNEALE et al., Appellants, against JOSEPH D. McGOLDRICK, as Comptroller of the City of New York, et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

ROBERT M. MORGAN et al., as Trustees of the Gratuity Fund of the NEW YORK PRODUCE EXCHANGE, et al., Respondents, v. ROY ANDREAE et al., as Copartners under the Name of PRICE, WATERHOUSE & Co., et al., Defendants, and JOHN W. F. NEILL, as a Copartner of PRICE, WATERHOUSE & Co., Appellant. ROBERT M. MORGAN et al., as Trustees of the Gratuity Fund of the NEW YORK PRODUCE EXCHANGE, et al., Respondents, v. ROY ANDREAE et al., as Copartners under the Name of PRICE, WATERHOUSE & Co., et al., Defendants, and JOHN W. F. NEILL, as a Copartner of PRICE, WATERHOUSE & Co., Appellant.— Orders affirmed, each with $10 costs and disbursements to the respondents, with leave to the defendant John W. F. Neill to answer the amended complaint within ten days after service of order on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.; Townley and Callahan, JJ., dissent. [See post, p. 842.]

MAX OLTARSH et al., Copartners under the Name of J. OLTARSH, Appellants, v. FRANK ASSOCIATES, INC., Respondent.— Order so far as appealed from unanimously affirmed, with $20 costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

ARTHUR J. HOCKING, as Administrator of the Estate of JERRY P. SULLIVAN, Deceased, Appellant, v. EUGENE L. GAREY et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

NORMA S. POLLACK, Appellant, v. IRVING POLLACK, Respondent.— Order so far as appealed from unanimously affirmed, with leave to the defendant to answer within ten days after service of order with notice of entry thereof. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

LOUIS HELLMAN, Respondent, v. ALFRED FELSON et al., as Successors in Interest of a Copartnership now Dissolved, Doing Business as ALFRED FELSON, Appellants, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Liquidation of NATIONAL SURETY COMPANY. ROBERT E. DINEEN, Superintendent of Insurance of the State of New York, as